466 A.2d 727

Commonwealth v. Gonzales, Appellant.

Submitted May 4, 1983. Arthur Henry James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

466 A.2d 728

Commonwealth v. Johnson, a/k/a Blow, Appellant.

Submitted March 24, 1983. John M. Glace, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.